UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

F I L E D
In Open Court
USDC, Mass.
Date _12-5-03_
By _____
Deputy Clerk  3·00 pm

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 03-CR-10348-RGS |
| ) | |
| JANET GAIBL ) | |

## LIMITED APPEARANCE OF COUNSEL

Please take notice of my Appearance on behalf of Defendant Janet Gaibl in the above-

numbered Indictment, for the limited purpose of her arraignment only.


Respectfully submitted,


RICHARD C. BARDI
6 Beacon Street, Suite 410
Boston, Massachusetts   02108
(617) 227-4040

BBO # 542797


DATED:  December 9, 2003