COMMONWEALTH OF MASSACHUSETTS
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
V. ) CRIMINAL NO.    03-10348-R65
)
)
JOSEPH CASSIDY, )
Defendant )
)

## DEFENDANT'S MOTION TO REVISE CONDITIONS OF RELEASE

Now comes the defendant, Joseph Cassidy, and respectfully requests this Honorable Court revise the conditions of his release to allow him to travel to Aruba for a brief vacation. In support of this motion, defendant states the following:

1. The defendant currently resides at 47 Arcadia Avenue, Dedham, Massachusetts;

2. The defendant wishes to travel to Aruba for a brief vacation on February 14, 2004 and will return to Massachusetts on February 21, 2004;

3. The defendant states that he booked and prepaid this vacation prior to his indictment;

4. The defendant will be staying at the Divi Resort for the duration of his visit;

5. The defendant is willing and able to continue any conditions of his release during his stay in Aruba;

6. The defendant has advised Ms. September-Lee Brown, U.S. Pretrial Services Office of this matter;

7. The defendant maintains that his request is reasonable and will not in any way affect his ability to appear before this Honorable Court;

8. The defendant has attached a Proposed Order for the Court's review;

WHEREFORE, the defendant states this Motion is reasonable, necessary and in the interests of justice. For the foregoing reasons the defendant prays this Honorable Court allow his Motion to Revise Conditions of Release.

Respectfully submitted,
JOSEPH CASSIDY,
By his attorney,

_____
Michael F. Hanley/BBO#628450
HANLEY, HASSETT & FITZSIMMONS
500 Granite Avenue
Milton, Massachusetts 02186
(617) 298-8900

DATED: January 26, 2004

### Certification Pursuant to Local Rule 7.1

Counsel for defendant hereby certifies that he has conferred with counsel for the United States of America in an attempt to resolve the issue herein. Counsel for the defendant has indicated she has no opposition to this Motion.