3-4-04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 03-10348-RGS |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | 18 U.S.C. §371 |
| JANET GAIBL and | ) | (Conspiracy) |
| JOSEPH CASSIDY, | ) | 18 U.S.C. §1001 |
| Defendants. | ) | (False Statements) |

PARTIES' JOINT MEMORANDUM

Pursuant to Local Rule 116.5, the parties submit as follows:

1.  There are no outstanding discovery issues to be presented or resolved by the Court.

2.  No party anticipates providing additional discovery as a result of its future receipt of information, documents, or reports of examinations or tests.

3.  Neither defendant intends to raise a defense of insanity or public authority.

4.  The government has not requested notice of alibi by either defendant.

5.  Neither defendant has filed, or intends to file, any motion to sever, dismiss, or suppress, or any other motion requiring a ruling by the District Court before trial.

6.  No schedule should be set concerning any matter in the case other than trial.

7.  The parties have had some preliminary discussions about the possibility of an early resolution of the case without trial; there are no results to report at this date.

8.   Excludable delay to date has been ordered by the Court.

9.   The estimated length of trial is one week.

Dated: March 3, 2004

UNITED STATES OF AMERICA

Michael J. Sullivan
United States Attorney


By: _____
Lori J. Holik
Assistant U.S. Attorney
617-748-3161


JANET GAIBL


_____
Syrie D. Fried
Federal Defender Office
408 Atlantic Avenue
Boston, MA 02210

JOSEPH CASSIDY


_____
Michael F. Hanley
Hanley, Hassett & Fitzsimmons, LLC
500 Granite Avenue
Milton, MA 02186