UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 03-10348-RGS |
| ) | |
| v. ) | |
| ) | |
| JANET GAIBL and ) | |
| JOSEPH CASSIDY, ) | |
| Defendants. ) | |

**ASSENTED TO MOTION TO EXCLUDE PERIOD OF DELAY**

Pursuant to Local Rule 112.2 and 18 U.S.C. §3161(h)(8))A), the government hereby moves the Court to exclude the period of March 8, 2004 through April 26, 2004 from the Speedy Trial Act calculation.

As grounds for this motion, the government submits that the parties appeared before the Court for a status conference on March 8, 2004; at that time, both defendants indicated that they needed additional time to review discovery produced by the government, and to have further conferences with the government; a further interim status conference was scheduled for April 26, 2004. Therefore, the period March 8, 2004 through April 26, 2004 should be excluded pursuant to 18 U.S.C. §3161(h)(8))A) because the interests of justice in allowing the defendants the additional requested time for document review outweigh the best interests of the public and the defendant in a speedy trial.

Both defendants assent to this exclusion of time.

Dated: March 8, 2004                By its attorney,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                          By:       /s/ Lori J. Holik
                                    Lori J. Holik
                                    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2004, I caused a copy of the above document to be served on all parties of record by causing same to be mailed, first class mail, postage prepaid, to their respective counsel of record.

                                    /s/ Lori J. Holik
                                    Lori J. Holik
                                    Assistant U.S. Attorney